# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

130310 (58)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES D. AZZAR,
        Plaintiff-Appellant,

and

PROCESSING SOLUTIONS, LIMITED,
        Plaintiff,

v

        SC: 130310
        COA: 260438
        Kent CC: 03-011760-NZ

CITY OF GRAND RAPIDS,
        Defendant-Appellee,

and

BERNARD C. SCHAEFER, and
ROBERT J. KRUIS,
        Defendants.
_____/

       On order of the Court, the motion for reconsideration of this Court's January 19, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007

_____
Clerk

t0321